UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

GLORIA LYN BURNETT

Plaintiff,

V.

SCHLEE & STILLMAN, LLC

Defendant.



CIVIL ACTION NO

L10CV3034

OCTOBER 22, 2010

## COMPLAINT

**FIRST COUNT:**

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692; Md. Ann. Code <u>Commercial Law</u> Maryland Consumer Debt Collection Act. § 14-204 et seq. ("MCDCA"); and the Md. Ann. Code <u>Commercial Law</u> Consumer Practices Act § 13-301 et seq.

2. The Court's jurisdiction is conferred by 15 U.S.C.1692k and 28 U.S.C. 1331 and 1367.

3. Plaintiff is a natural person who resides in Glenn Dale, Maryland.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA, who has a place of business at 7091 Orchard Lake Road, Suite 270, West Bloomfield, MI 48322.

6. Defendant is a collector within the MCDCA.

7. Defendant failed to obtain a license as a collection agency as required

pursuant to Md. Ann. Code <u>Business Regulation</u> Collection Agencies § 7-301 et seq., at the time of their initial communication with the Plaintiff on January 18, 2010. (Exhibit 1 & 2).

8 Defendant communicated with Plaintiff or others on or after one year before the date of this action, in connection with collection efforts with regard to Plaintiff's disputed personal debt.

9. In the collection efforts, the Defendant violated the FDCPA, inter alia, section 1692e, f and g.

10. Defendant mailed or caused to be mailed a demand letter dated January 18, 2010, without a proper validation of debts clause notice pursuant to §1692g. (Exhibit 1).

11. Defendant shortened the validation of debts clause, by stating in the collection letter we will assume this debt to be valid unless you dispute the validity of all or any part of it "within thirty days of receipt" rather than "within thirty days <u>after</u> receipt" as required by §1692g, which intentionally shortened the validation period by one day in its initial demand letter, which violates the Plaintiff's right s pursuant to §1692e, f and g. (Exhibit 1).

12. Defendant failed to obtain a Maryland Collection Agency License and deprived Plaintiff with the benefit of State review of the collection agency's

credentials, in violation of §1692 f, at the time of its initial communication with the Plaintiff.

13. Defendant's demand letter stated the matter had been referred to their office for immediate action, which overshadowed the validation of debts clause, 30 days in which to dispute a debt, which Defendant also shortened by its intentional choice of limiting language previously mention in Paragraph no. 11., in violation of §1692 e, f and g.

## SECOND COUNT:

14. The allegations of the First Count are repeated and realleged as if fully set forth herein.

15. Within three years prior to the date of this action Defendant has engaged in acts and practices as to Plaintiff in violation of the Md. Ann. Code <u>Commercial Law</u> Maryland Consumer Debt Collection Act § 14-204 et seq. ("MCDCA");

## THIRD COUNT:

16. The allegations of the First Count are repeated and realleged as if fully set forth herein.

17. Defendant has committed unfair or deceptive acts or practices within the meaning of the Md. Ann. Code <u>Commercial Law</u> Consumer Practices Act § 13-301 et seq.

**WHEREFORE Plaintiff respectfully requests this Court to:**

1. Award Plaintiff such damages as are permitted by Fair Debt Collection Practices Act, including $1,000 statutory damages against the defendant;

2. Award Plaintiff such damages as are permitted by the Maryland Consumer Debt Collection Act § 14-204 et seq., against the defendant;

3. Award Plaintiff such damages as are permitted by the Consumer Practices Act §13-301 et seq., against the defendant;

4. Award the Plaintiff costs of suit and a reasonable attorney's fee;

5. Award any further relief as this Court may provide.

THE PLAINTIFF

BY /s/ Kennedy
Bernard T. Kennedy, Esquire
The Kennedy Law Firm
P.O. Box 657
Edgewater, MD 21037
Ph  (443) 607-8901
Fax (443) 607-8903
Fed. Bar # Md26843
bernardtkennedy@yahoo.com