IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GLORIA LYN BURNETT | * |
| Plaintiff | * |
| v. | *  CIVIL ACTION NO.  L-10-3034 |
| SCHLEE & STILLMAN, LLC | * |
| Defendant | * |
| | *** |

# **O R D E R**

On November 1, 2010, Plaintiff's Motion for Leave to Proceed In Forma Pauperis was denied and she was granted an additional 21 days to remit the full civil filing fee.  As of the within signature date, the fee has not been received.   Therefore, this counseled case shall be dismissed without prejudice.

It is so ORDERED this 30th day of November 2010.

/s/
_____
Benson Everett Legg
United States District Judge